# Court of Appeals
# of the State of Georgia

ATLANTA,  February 04, 2015

*The Court of Appeals hereby passes the following order:*

## A15D0236.  JASON N. ALEXANDRIAN v. JENNIFER L. ROBERTS.

Jennifer Roberts and Jason Alexandrian divorced in July 2010.  Roberts filed a motion and brief for contempt against Alexandrian, alleging that he had violated several provisions of the parties' divorce decree, including his obligation to pay uncovered medical expenses and the mortgage on the marital home.  The trial court held Alexandrian in willful contempt, ordering him to pay a portion of his arrearages to purge the order of contempt.  Alexandrian filed this application for discretionary appeal from the trial court's ruling.   We, however, lack jurisdiction.

Under the Georgia Constitution of 1983, Art. VI, Sec. VI, Par. III (6), the Supreme Court has appellate jurisdiction over "[a]ll divorce and alimony cases." "[A]n appeal from the judgment in a contempt action seeking to enforce any portion of [a] divorce decree other than child custody is ancillary to divorce and alimony and falls within [the Supreme] Court's jurisdiction over 'divorce and alimony cases.' [Cits.]"*Rogers v. McGahee*, 278 Ga. 287, 288 (1) (602 SE2d 582) (2004); see also *Morris v. Morris*, 284 Ga. 748, 750 (2) (670 SE2d 84) (2008).  Because the Supreme Court has jurisdiction over Alexandrian's appeal, we hereby TRANSFER this case to the Supreme Court of Georgia.



*Court of Appeals of the State of Georgia*

    *Clerk's Office, Atlanta,*___02/04/2015___

    *I certify that the above is a true extract from*

*the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court*

*hereto affixed the day and year last above written.*

_____ *, Clerk.*